THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYSHELL WILLIAMS, Appellant.

Submitted August 7, 2017; decided September 5, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE WILSON, Appellant.

Submitted July 24, 2017; decided September 5, 2017

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

In the Matter of MICHAEL PILARZ, Appellant, v KEVIN HELFER, Commissioner, Division of Parking Enforcement for City of Buffalo, Respondent.

Decided September 5, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.